IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NO. |
| v. | 1:12-CR-00085-AT-JFK |
| JUAN CARLOS ROJAS-LIRA, DAVID ROMERO-FLORES, SILVESTRE ROMERO-REYES, | |
| Defendants. | |

## **REPORT AND RECOMMENDATION**

Pending before the court is Defendant David Romero-Flores' motion [Doc. 36] for a severance from the trial of co-Defendant Juan Carlos Rojas-Lira. Defendant contends that Defendant Rojas-Lira's post-arrest statement to law enforcement officers incriminates Defendant Romero-Flores in the conduct charged in the indictment requiring a severance pursuant to Bruton v. United States, 88 S. Ct. 1620 (1968). [Id.]. In response to the motion for severance, the Government concedes that the statement provided by Defendant Rojas-Lira is inculpatory as to Defendant Romero-Flores, that the statement cannot be redacted so as to eliminate directly implicating Defendant in the charged criminal conduct, and that a joint trial of the Defendants will run afoul of the protections established by the Supreme Court in Bruton. [Doc. 40]. Accordingly,

the Government agrees with Defendant that a separate trial of these Defendants is necessary. [Id. at 5].

Based on the representations by the Government and it's agreement that a severance will be necessary should both Defendants proceed to trial, the court **RECOMMENDS** that Defendant's motion [Doc. 36] for severance be **GRANTED**.

There are no other pending matters before the Magistrate Judge, and the undersigned is aware of no problems relating to the scheduling of this case.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that this action be and the same is hereby, declared Ready for Trial as to all Defendants.

**SO RECOMMENDED AND ORDERED THIS** 26TH DAY OF JUNE, 2012.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)